# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACUZZI, INC., D/B/A JACUZZI LUXURY BATH,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
ROBERT ANSARA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SHERRY LYNN CUNNISON, DECEASED; ROBERT ANSARA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF MICHAEL SMITH, DECEASED, HEIR TO THE ESTATE OF SHERRY LYNN CUNNISON, DECEASED; DEBORAH TAMANTINI, INDIVIDUALLY, AND HEIR TO THE ESTATE OF SHERRY LYNN CUNNISON, DECEASED; FIRST STREET FOR BOOMERS & BEYOND, INC.; AITHR DEALER, INC.; HALE BENTON, INDIVIDUALLY; HOMECLICK, LLC; BESTWAY BUILDING & REMODELING, INC.; WILLIAM BUDD, INDIVIDUALLY; AND BUDDS PLUMBING,
Real Parties in Interest.

No. 77596



FILED

JAN 17 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of prohibition challenges a district court discovery order in a tort action as overbroad. Having considered the petition and supporting documents, we are not persuaded

SUPREME COURT
OF
NEVADA

(O) 1947A

19-02802

that our extraordinary and discretionary intervention is warranted. *See Cotter v. Eighth Judicial Dist. Court*, 134 Nev., Adv. Op. 32, 416 P.3d 228, 231-32 (2018) (describing limited circumstances in which court will entertain a writ petition challenging a discovery order). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Richard Scotti, District Judge
Snell & Wilmer, LLP/Las Vegas
Richard Harris Law Firm
Charles Allen Law Firm
Hale Benton
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Eighth District Court Clerk